**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Herbert SILER, Defendant–Appellant.**

No. 08–14322
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 15, 2009.

Anne R. Schultz, U.S. Attorney's Office Miami, FL, for Plaintiff–Appellee.

Herbert Siler, Jesup, GA, pro se.

Before: MARCUS, PRYOR and COX, Circuit Judges.

PER CURIAM:

Michael B. Cohen, appointed counsel for Herbert Siler in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Siler's conviction and sentence are **AFFIRMED.**